**Entered on Docket
December 10, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**ROBERT J. HOPP & ASSOCIATES, LLC**
Brittany Wood, Nevada Reg. No. 7562
Ines Olevic-Saleh, Nevada Reg. No. 11431
515 South 3rd Street
Las Vegas, NV 89101
Phone: 702-722-6271
Fax: 303-531-2154
nvbk@hopplawfirm.com
Attorneys for LITTON LOAN SERVICING LP, a Delaware limited partnership as servicer for Deutsche Bank National Trust Company as Trustee for GreenPoint Mortgage Funding Trust 2006-OH1, Mortgage Pass-Through Certificates, Series 2006-OH1

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA - LAS VEGAS**

| | |
|---|---|
| In re:<br><br>Cythia B. Hall,<br><br>Debtor. | CASE NO. 10-22757-lbr<br><br>Chapter 13<br>Hearing Date: December 8, 2010<br>Hearing Time: 10:30AM<br><br>Location: Foley Federal Bldg., 300 Las Vegas Blvd. S, Las Vegas, Nevada, 89101 |

### ORDER TERMINATING THE AUTOMATIC STAY

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that relief from stay is granted with respect to the interests of Movant for the following property: 9833 Camino Loma Verde Ave, Las Vegas, Nevada 89117 (the "Property").

**IT IS FURTHER ORDERED** that upon the lift of stay on Debtors' real property, seven (7) day notice must be sent to the Debtor prior to sale.

Submitted by:

**ROBERT J. HOPP & ASSOCIATES, LLC**

/s/ Brittany Wood
Brittany Wood, Nevada Reg. No. 7562
Ines Olevic-Saleh, Nevada Reg. No. 11431
515 South 3rd Street
Las Vegas, NV 89101
Phone: 702-722-6271
Attorneys for Movant

ALTERNATIVE METHOD RE: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____    The court has waived the requirements set forth in LR 9021(b)(1).

____    No party appeared at the hearing or filed an objection to the motion.

____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

X    I certify that this is a Chapter 7 or 13 case, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel/or Unrepresented Debtor:
___ approved the form of this order             _____ disapproved the form of this order

___ waived the right to review the order and/or_____ failed to respond to the document

___ appeared at the hearing, waived the right to review the order

X matter unopposed, did not appear at the hearing, waived the right to review the order


Other Party:_____
___ approved the form of this order             _____ disapproved the form of this order

___ waived the right to review the order and/or_____ failed to respond to the document

___ appeared at the hearing, waived the right to review the order

X matter unopposed, did not appear at the hearing, waived the right to review the order

###